```
                                           Eastern District of Kentucky
                                                  FILED
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF KENTUCKY            OCT - 2 2012
              NORTHERN DIVISION
                AT COVINGTON                    AT COVINGTON
                                                ROBERT R. CARR
                                           CLERK U.S. DISTRICT COURT
```

**CRIMINAL ACTION NO. 06-30 (WOB)**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**VS.**                         **ORDER**

**WENDI BARE**                                              **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #32), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that said Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of the Court; that defendant is found to have violated the terms of her supervised release and that said supervised release is hereby revoked; that defendant is sentenced to two (2) years supervised release with the first twelve (12) months to be served at a halfway house to be designated by the BOP; that defendant will comply with a special condition of supervised release in that she will have no contact in any manner with convicted felon Ronnie Craddock; that the defendant will comply with a special condition that she complete her remaining one year of education at the University of Cincinnati; and that defendant comply with a special condition that she obtain mental health treatment/ counseling at the direction of

her probation officer and comply with all conditions of that counseling. A separate Judgment will enter concurrently herewith.

This ___ day of October, 2012.

_____
**WILLIAM O. BERTELSMAN**
**UNITED STATES DISTRICT COURT**